IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MONIQUE PONCHO-ALDERETE,**

    **Plaintiff,**

vs.                                                          CIV No. 1:22-00153-JHR

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## **ORDER AFFIRMING EXTENSION**

THIS MATTER comes before the Court on what it considers to be Plaintiff's Response to Defendant's Opposed Motion for Extension of Time to Answer to Plaintiff's Complaint [Doc. 23 (Urgent Motion to Deny Extension), filed June 6, 2022. The Response argues that the Administration should not have been permitted an extension of time to answer the Complaint, asserting that it has already delayed resolution of this case and that Plaintiff suffers from debilitating medical conditions. [*Id.*, p. 1]. The requested extension is until July 15, 2022. [Doc. 21]. While the Court sympathizes with Plaintiff, the requested extension is reasonable and will not significantly delay this case. Therefore, the Court reaffirms its Order granting the Administration an extension to answer the Complaint until July 15, 2022. [*Id.*].

SO ORDERED.

_____
JERRY H. RITTER
United States Magistrate Judge